Order Filed on March 5, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
MARTONE AND UHLMANN, A PROFESSIONAL CORPORATION
Christian Del Toro, Esq.
777 Passaic Avenue
Clifton, NJ 07012
(973) 473-3000
Attorney for Creditor/Servicing Agent
PNC MORTGAGE
36.8591

In re:

MARIA VICARI

Case No. 19-30455

Chapter 13

Judge Michael B. Kaplan

**CONSENT ORDER RESOLVING OBJECTION TO DEBTOR'S CHAPTER 13 PLAN WITH REGARD TO THE PROPERTY LOCATED AT 208 STEPHENSON AVE, MIDDLESEX BORO, NJ 08846**
(REAL PROPERTY)

The relief set forth on the following pages numbered two through two is hereby

ORDERED

**DATED: March 5, 2020**

_/s/ Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor: Maria J. Vicari
Case No.: 19-30455
Caption of Order: CONSENT ORDER RESOLVING OBJECTION TO DEBTOR'S CHAPTER 13 PLAN WITH REGARD TO THE PROPERTY LOCATED AT 208 STEPHENSON AVE, MIDDLESEX, NJ 08846

This matter being opened to the Court by FRANK J. MARTONE, P.C., attorneys for the Secured Creditor, PNC BANK, NATIONAL ASSOCIATION, upon the filing of Objection to the Debtor's Proposed Chapter 13 Plan with regards to the treatment of Secured Creditor's lien secured by the property located 208 Stephenson Ave, Middlesex, NJ 08846, in a Chapter 13 case and due notice of said Objection to the Chapter 13 Trustee, the Debtor and the attorney for the Debtor, and for good cause shown, it is

1. ORDERED that the Debtor shall pay the total prepetition arrears owed to the Secured Creditor in the amount of $412.32 accordance with the Proof of Claim for the Secured amount of $9,925.06, filed under claims register number 11; and

2. ORDERED that the Trustee is authorized to pay the Secured Creditor the Total Arrears per the timely filed Proof of Claim (under the claims register as number 11) in the amount of $412.32; and

3. ORDERED, that the Debtor will continue to make their regular mortgage payments consistent with the terms of the Mortgage outside the Plan;

   Payment shall be made payable to PNC BANK, NATIONAL ASSOCIATION, and sent directly to Secured Creditor at 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342

4. ORDERED that the movant shall serve a filed copy of this Order on the Debtor via regular mail. The Debtor's attorney and Chapter 13 Trustee will be served electronically via the U.S. Bankruptcy Court's CM/ECF system.

The undersigned hereby consent to the
form and entry of the within Order:

Law Offices of Gillman, Bruton and Capone, LLC
Attorneys for Debtor
By: _____
    Dustin Gillman, Esq.
Dated: 2/25/2020

Frank J. Martone, P.C.
Attorneys for Secured Creditor
By: _____
Christian Del Toro, Esq.
Dated: 2/25/2020

United States Bankruptcy Court
District of New Jersey

In re:  
Maria J Vicari  
    Debtor

Case No. 19-30455-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Mar 06, 2020  
                Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2020.  
db         +Maria J Vicari,   208 Stephenson Avenue,   Middlesex, NJ 08846-1633

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2020                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2020 at the address(es) listed below:

        Albert Russo    docs@russotrustee.com  
        Allison J. Kiffin    on behalf of Creditor    Financial Resources Federal Credit Union  
         collections@peterliska.com  
        Christian Del Toro    on behalf of Creditor CONSUMER DEPARTMENT    PNC BANK, NATIONAL ASSOCIATION  
         cdeltoro@martonelaw.com,  bky@martonelaw.com  
        Denise E. Carlon    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC  
         dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
        Frank J Martone    on behalf of Creditor CONSUMER DEPARTMENT    PNC BANK, NATIONAL ASSOCIATION  
         bky@martonelaw.com  
        Justin M Gillman    on behalf of Debtor Maria J Vicari ecf@gbclawgroup.com,  
         R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
        William M.E. Powers, III    on behalf of Creditor    Specialized Loan Servicing LLC  
         ecf@powerskirn.com

                                                                                                          TOTAL: 8