UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Allison J. Kiffin, Esq.
PETER J. LISKA, LLC
766 Shrewsbury Avenue
Tinton Falls, NJ 07724
(732) 933-7777
Attorneys for Financial Resources Federal Credit Union

In Re:

Maria Vicari
    Debtor

Order Filed on March 11, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-30455

Chapter 13

Hearing Date: March 3, 2019

Judge: Michael B. Kaplan, U.S.B.J.

## CONSENT ORDER TO RESOLVING CREDITOR'S OBJECTION TO THE PLAN

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: March 11, 2020**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

PETER J. LISKA, LLC
766 Shrewsbury Avenue
Tinton Falls, NJ 07724
(732) 933-7777
(AJK 0179)
Attorneys for Financial Resources Federal Credit Union

**UNITED STATES BANKRUPTCY COURT**
District of New Jersey

| | | |
|---|---|---|
| In Re:<br><br>Maria Vicari,<br><br>　　　　　Debtor. | x<br>x<br>x<br>x<br>x | CASE NO: 19-30455<br>CHAPTER 13<br><br>**CONSENT ORDER RESOLVING CREDITOR'S OBJECTION TO THE PLAN**<br>Confirmation Hearing: March 3, 2019 |

Hon. Michael B. Kaplan, U.S.B.J.

This matter having been opened by the Creditor, Financial Resources Federal Credit Union, through its counsel, Peter J. Liska, L.L.C., Allison J. Kiffin, Esq., appearing, by way of Objection to Confirmation of the proposed Chapter 13 Plan, has conferred with the Debtor, through her counsel, Gillman, Bruton & Capone, L.L.C., Justin Gillman, Esq., appearing, and the parties have agreed to the entry of the within Consent Order resolving the Creditor's Objection to Confirmation of the Plan, as follows:

1. The parties agree that the Creditor's Claim, as amended, Claim No.: 7, as to the 2012 Volvo S60 Turbo T5, will be paid through the Plan, for pre-petition arrears of $2,316.19; and

2. The Debtor reserves the right to seek to modify the Creditor's claim #7 for 60 days after the confirmation of the Plan in the event that the Debtor is able to produce proof of automobile insurance coverage for the period before October 1, 2019; and

3. The Debtor is to continue to make post-petition payments directly to the Creditor outside the Plan, commencing with the March 2020 payment; and

4. The Creditor agrees to amend their claim for the Volkswagon Jetta, Claim # 8, from secured to unsecured as the vehicle is no longer in the Debtor's possession.

By signing below, the parties agree to entry of the within Consent Order.

PETER J. LISKA, LLC
Attorneys for Creditor.

By: *Allison J. Kiffin*
ALLISON J. KIFFIN, ESQ.

Dated: 3/2/2020

GILLMAN, BRUTON & CAPONE, L.L.C.
Attorneys for Debtor

By: *Justin Gillman*
JUSTIN GILLMAN, ESQ.

Dated: 3/2/2020

3

United States Bankruptcy Court
District of New Jersey

In re:  
Maria J Vicari  
    Debtor

Case No. 19-30455-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Mar 11, 2020  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2020.  
db        +Maria J Vicari,   208 Stephenson Avenue,    Middlesex, NJ 08846-1633

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2020                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2020 at the address(es) listed below:  
        Albert Russo    docs@russotrustee.com  
        Allison J. Kiffin    on behalf of Creditor    Financial Resources Federal Credit Union  
         collections@peterliska.com  
        Christian Del Toro    on behalf of Creditor CONSUMER DEPARTMENT   PNC BANK, NATIONAL ASSOCIATION  
         cdeltoro@martonelaw.com,   bky@martonelaw.com  
        Denise E. Carlon    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC  
         dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        Frank J Martone    on behalf of Creditor CONSUMER DEPARTMENT   PNC BANK, NATIONAL ASSOCIATION  
         bky@martonelaw.com  
        Justin M Gillman    on behalf of Debtor Maria J Vicari ecf@gbclawgroup.com,  
         R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
        William M.E. Powers, III    on behalf of Creditor    Specialized Loan Servicing LLC  
         ecf@powerskirn.com  
                                                                                                                                                  TOTAL: 8