Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19−30455−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Maria J Vicari
    208 Stephenson Avenue
    Middlesex, NJ 08846

Social Security No.:
    xxx−xx−8208

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:        4/14/20
Time:          02:00 PM
Location:      Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Justin M Gillman, Debtor's Attorney

COMMISSION OR FEES
fee: $6125.00

EXPENSES
expenses: $368.00

If this is a chapter 13 case, the fees and expenses awarded:

☑        will not reduce the amount to be paid to general unsecured
         creditors under the plan.

☐        will reduce the amount to be paid to general unsecured
         creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: March 13, 2020
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-30455-MBK
Maria J Vicari                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 3          Date Rcvd: Mar 13, 2020
                             Form ID: 137          Total Noticed: 89

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2020.
db              +Maria J Vicari,    208 Stephenson Avenue,    Middlesex, NJ 08846-1633
cr              +CONSUMER DEPARTMENT PNC BANK, NATIONAL ASSOCIATION,     PO BOX 94982,    CLEVELAND, OH 44101-4982
518539092        Bank of America,    Attn: Bankruptcy,    Nc4-105-03-14 Pob 26012,    Greensboro, NC 27420
518539093       +Bank of America,    Po Box 45144,   Jacksonville, FL 32232-5144
518539095       +Bryant State Bank,    500 E. 60th Street North,    Sioux Falls, SD 57104-0478
518539094       +Bryant State Bank,    Attn: Bankruptcy,    Po Box 215,    Bryant, SD 57221-0215
518727587       +COMPREHENSIVE PEDIATRIC DENTISTRY,     111 EAST UNION AVE,    BOUND BROOK, NJ 08805-1761
518617344        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518539099       +Citi/Sears,    Po Box 6217,    Sioux Falls, SD 57117-6217
518539098       +Citi/Sears,    Citibank/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
518539100        Citibank North America,    Citibank SD MC 425,    5800 South Corp Place,    Sioux Falls, SD 57108
518539101       +Citibank North America,    Po Box 6497,    Sioux Falls, SD 57117-6497
518539106       +Commercial Acceptance Company,    2300 Gettysburg Road,    Suite 102,    Camp Hill, PA 17011-7303
518539107       +Commercial Acceptance Company,    2 W. Main St,    Shiremanstown, PA 17011-6326
518539108       +Comprehensiv Pediatric Dentis,    111 East Union Ave,    Bound Brook, NJ 08805-1761
518539109        Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
518539110       +Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
518539128      ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
                 (address filed with court: First Savings Credit Card,     500 East 60th St North,
                 Sioux Falls, SD 57104)
518539111        Family Care,    257 East Route 22,    Green Brook, NJ 08812
518539114       +Financial Resources Fc,    520 Route 22 East,    Bridgewater, NJ 08807-2489
518539113       +Financial Resources Fc,    520 Us Hwy 22 East 1st F,    Bridgewater, NJ 08807-2489
518625512       +Financial Resources Federal Credit Union,    c/o Peter J. Liska, LLC,    766 Shrewsbury Ave.,
                 Tinton Falls, NJ 07724-3001
518539124       +First Nataional Bank/Legacy,    500 East 60th St North,    Sioux Falls, SD 57104-0478
518539122       +First Nataional Bank/Legacy,    Attn: Bankruptcy,    Po Box 5097,    Sioux Falls, SD 57117-5097
518539126       +First Savings Credit Card,    Attn: Bankruptcy Department,    Po Box 5019,
                 Sioux Falls, SD 57117-5019
518539134       +I.C. System, Inc.,    P.O. Box 64437,    Saint Paul, MN 55164-0437
518539132       +I.C. System, Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
518539130       +I.c. System, Inc,    Attn: Bankruptcy,    Po Box 64378,    St. Paul, MN 55164-0378
518539142       +Mariner Finance, LLC,    8211 Town Center Dr,    Nottingham, MD 21236-5904
518539141       +Mariner Finance, LLC,    Attn: Bankruptcy,    8211 Town Center Drive,    Nottingham, MD 21236-5904
518539145       +Middlesex County Sheriff's Office,    701 Livingston Ave.,    P.O. Box 1188,
                 New Brunswick, NJ 08903-1188
518539146       +Midland Credit Management,    350 Camino De La Reina,    Suite 100,    San Diego, CA 92108-3007
518629131       +Midland Credit Management, Inc.,    PO Box 2037,    Warren, MI 48090-2037
518539148       +PNC Bank,    Attn: Bankruptcy Dept.,    PO Box 489909,    Charlotte, NC 28269-5329
518625833       +PNC Bank, National Association,    PO Box 94982,    Cleveland, OH 44101-4982
518644075        Pendrick Capital Partners II, LLC,    Peritus Portfolio Services II, LLC,    PO BOX 141419,
                 IRVING, TX  75014-1419
518539149       +Powers Kirn, LLC,    728 Marne Highway,    PO Box 848,    Moorestown, NJ 08057-0848
518539150       +Pressler, Felt & Warshaw, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
518539147      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court: New Jersey Division of Taxation,     Bankruptcy Section,
                 P.O. Box 245,    Trenton, NJ 08695-0245)
518646329       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518539156       +Specialized Loan Servicing, LLC,    8742 Lucent Blvd,    Suite 300,    Littleton, CO 80129-2386
518539161       +Synergetic Communication, Inc.,    5450 N.W. Central #1000,    Houston, TX 77092-2016
518539163       +Target,    Po Box 673,    Minneapolis, MN 55440-0673
518539162       +Target,    Attn: Bankruptcy,    Po Box 9475,    Minneapolis, MN 55440-9475
518539165       +Td Auto Finance,    Po Box 9223,    Farmington, MI 48333-9223
518539164       +Td Auto Finance,    Attn: Bankruptcy,    Po Box 9223,    Farmington Hilss, MI 48333-9223
518539167        TransUnion,    P.O. Box 2000,    Crum Lynne, PA 19022
518539168       +Wells Fargo Hm Mortgag,    Attention: Bankruptcy Department MAC-X,    3476 Stateview Blvd,
                 Fort Mill, SC 29715-7203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 14 2020 00:29:12    U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 14 2020 00:29:08     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518539084        E-mail/Text: ebn@americollect.com Mar 14 2020 00:29:22     Americollect,    Po Box 1566,
                 1851 South Alverno Road,    Manitowoc, WI 54221
518539088        E-mail/Text: ebn@americollect.com Mar 14 2020 00:29:22     Americollect,    1851 S Alverno Road,
                 Manitowoc, WI 54221
518539082       +E-mail/Text: ally@ebn.phinsolutions.com Mar 14 2020 00:28:00     Ally Financial,
                 Attn: Bankruptcy Dept,    Po Box 380901,    Bloomington, MN 55438-0901
518539083       +E-mail/Text: ally@ebn.phinsolutions.com Mar 14 2020 00:28:00     Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300

```
District/off: 0312-3          User: admin              Page 2 of 3            Date Rcvd: Mar 13, 2020
                             Form ID: 137              Total Noticed: 89
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
518575316        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 14 2020 00:34:52
                 Ashley Funding Services, LLC,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
518539097       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 14 2020 00:35:29     Capital One,
                 Po Box 30281,    Salt Lake City, UT 84130-0281
518539096       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 14 2020 00:35:29     Capital One,
                 Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
518564235       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 14 2020 00:34:08
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518539102       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 14 2020 00:28:57      Comenity Bank/Overstock,
                 Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
518539103       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 14 2020 00:28:57      Comenity Bank/Overstock,
                 Po Box 182120,    Columbus, OH 43218-2120
518539105       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 14 2020 00:28:58      Comenity Bank/Wayfair,
                 Po Box 182789,    Columbus, OH 43218-2789
518539104       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 14 2020 00:28:58      Comenity Bank/Wayfair,
                 Attn: Bankruptcy Dept,   Po Box 182125,   Columbus, OH 43218-2125
518539112       +E-mail/Text: bknotices@financesysteminc.com Mar 14 2020 00:29:47      Finance System, Inc.,
                 32 S 9th,   Richmond, IN 47374-5504
518539120       +E-mail/Text: bnc-bluestem@quantum3group.com Mar 14 2020 00:29:51      Fingerhut,
                 Attn: Bankruptcy,   Po Box 1250,   Saint Cloud, MN 56395-1250
518539121       +E-mail/Text: bnc-bluestem@quantum3group.com Mar 14 2020 00:29:51      Fingerhut,
                 6250 Ridgewood Road,   Saint Cloud, MN 56303-0820
518539135        E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 14 2020 00:28:39      Internal Revenue Service (IRS),
                 Department of Treasury,   P.O. Box 7346,   Philadelphia, PA 19101-7346
518646659        E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 14 2020 00:29:29     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
518539137        E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 14 2020 00:29:29     Jefferson Capital Systems, LLC,
                 16 Mcleland Rd,   Saint Cloud, MN 56303
518539138       +E-mail/Text: abachman@rmbcollect.com Mar 14 2020 00:29:50      JFK Medical Center,
                 80 James Street,   Edison, NJ 08820-3938
518539136        E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 14 2020 00:29:29     Jefferson Capital Systems, LLC,
                 Po Box 1999,    Saint Cloud, MN 56302
518539140       +E-mail/Text: bncnotices@becket-lee.com Mar 14 2020 00:28:25      Kohls/Capital One,
                 Po Box 3115,   Milwaukee, WI 53201-3115
518539139       +E-mail/Text: bncnotices@becket-lee.com Mar 14 2020 00:28:25      Kohls/Capital One,
                 Attn: Credit Administrator,   Po Box 3043,   Milwaukee, WI 53201-3043
518539143       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 14 2020 00:34:32
                 Merrick Bank/CardWorks,   Attn: Bankruptcy,   Po Box 9201,   Old Bethpage, NY 11804-9001
518539144       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 14 2020 00:34:35
                 Merrick Bank/CardWorks,   Po Box 9201,   Old Bethpage, NY 11804-9001
518606956        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 14 2020 00:34:44
                 Portfolio Recovery Associates, LLC,   c/o Paypal,   POB 41067,   Norfolk VA 23541
518634334        E-mail/Text: bnc-quantum@quantum3group.com Mar 14 2020 00:29:02
                 Quantum3 Group LLC as agent for,   Second Round Sub LLC,   PO Box 788,
                 Kirkland, WA  98083-0788
518539151       +E-mail/Text: rwjebn@rwjbh.org Mar 14 2020 00:30:04      Robert Wood Johnson University Hospital,
                 110 Rehill Avenue,   Somerville, NJ 08876-2519
518539152       +E-mail/Text: bankruptcy@savit.com Mar 14 2020 00:30:07      SaVit Collection Agency,
                 Attn: Bankruptcy,   Po Box 250,   East Brunswick, NJ 08816-0250
518539153       +E-mail/Text: bankruptcy@savit.com Mar 14 2020 00:30:07      SaVit Collection Agency,
                 Po Box 250,    East Brunswick, NJ 08816-0250
518539154        E-mail/Text: bankruptcy@senexco.com Mar 14 2020 00:27:53      Senex Services Corp,
                 Attn: Bankruptcy,   333 Founders Rd 2nd Floor,   Indianapolis, IN 46268
518539155       +E-mail/Text: bankruptcy@senexco.com Mar 14 2020 00:27:53      Senex Services Corp,
                 3333 Founders Road,   Indianapolis, IN 46268-4932
518539158       +E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2020 00:33:46      Syncb/Toys R Us,   Po Box 965005,
                 Orlando, FL 32896-5005
518539157       +E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2020 00:34:30      Syncb/Toys R Us,
                 Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
518542101       +E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2020 00:33:46      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
518539159       +E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2020 00:34:32      Synchrony Bank/Gap,
                 Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
518539160       +E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2020 00:34:31      Synchrony Bank/Gap,
                 Po Box 965005,   Orlando, FL 32896-5005
518539166        E-mail/Text: bankruptcy@td.com Mar 14 2020 00:29:14      TD Bank, NA,   1701 Marlton Pike E,
                 Cherry Hill, NJ 08034
518583307       +E-mail/Text: bncmail@w-legal.com Mar 14 2020 00:29:23      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
518633101       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 14 2020 00:34:08      Verizon,
                 by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                       TOTAL: 41
```

```
District/off: 0312-3              User: admin            Page 3 of 3            Date Rcvd: Mar 13, 2020
                                 Form ID: 137            Total Noticed: 89
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518586214     Anthony Vicari
cr*          +Financial Resources Federal Credit Union,   c/o Peter J. Liska, LLC,   766 Shrewsbury Avenue,
              Tinton Falls, NJ 07724-3001
518539089*   ++AMERICOLLECT INC,   PO BOX 2080,   MANITOWOC WI 54221-2080
              (address filed with court: Americollect,   1851 S Alverno Road,   Manitowoc, WI 54221)
518539090*   ++AMERICOLLECT INC,   PO BOX 2080,   MANITOWOC WI 54221-2080
              (address filed with court: Americollect,   1851 S Alverno Road,   Manitowoc, WI 54221)
518539091*   ++AMERICOLLECT INC,   PO BOX 2080,   MANITOWOC WI 54221-2080
              (address filed with court: Americollect,   1851 S Alverno Road,   Manitowoc, WI 54221)
518539085*   ++AMERICOLLECT INC,   PO BOX 2080,   MANITOWOC WI 54221-2080
              (address filed with court: Americollect,   Po Box 1566,   1851 South Alverno Road,
              Manitowoc, WI 54221)
518539086*   ++AMERICOLLECT INC,   PO BOX 2080,   MANITOWOC WI 54221-2080
              (address filed with court: Americollect,   Po Box 1566,   1851 South Alverno Road,
              Manitowoc, WI 54221)
518539087*   ++AMERICOLLECT INC,   PO BOX 2080,   MANITOWOC WI 54221-2080
              (address filed with court: Americollect,   Po Box 1566,   1851 South Alverno Road,
              Manitowoc, WI 54221)
518539129*   ++FIRST SAVINGS BANK,   PO BOX 5096,   SIOUX FALLS SD 57117-5096
              (address filed with court: First Savings Credit Card,   500 East 60th St North,
              Sioux Falls, SD 57104)
518539115*   +Financial Resources Fc,   520 Us Hwy 22 East 1st F,   Bridgewater, NJ 08807-2489
518539116*   +Financial Resources Fc,   520 Us Hwy 22 East 1st F,   Bridgewater, NJ 08807-2489
518539117*   +Financial Resources Fc,   520 Us Hwy 22 East 1st F,   Bridgewater, NJ 08807-2489
518539118*   +Financial Resources Fc,   520 Route 22 East,   Bridgewater, NJ 08807-2489
518539119*   +Financial Resources Fc,   520 Route 22 East,   Bridgewater, NJ 08807-2489
518539125*   +First Nataional Bank/Legacy,   500 East 60th St North,   Sioux Falls, SD 57104-0478
518539123*   +First Nataional Bank/Legacy,   Attn: Bankruptcy,   Po Box 5097,   Sioux Falls, SD 57117-5097
518539127*   +First Savings Credit Card,   Attn: Bankruptcy Department,   Po Box 5019,
              Sioux Falls, SD 57117-5019
518539133*   +I.c. System, Inc,   Po Box 64378,   Saint Paul, MN 55164-0378
518539131*   +I.c. System, Inc,   Attn: Bankruptcy,   Po Box 64378,   St. Paul, MN 55164-0378
                                                                       TOTALS: 1, * 18, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2020                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2020 at the address(es) listed below:
    Albert Russo    docs@russotrustee.com
    Allison J. Kiffin    on behalf of Creditor    Financial Resources Federal Credit Union
    collections@peterliska.com
    Christian  Del Toro    on behalf of Creditor CONSUMER DEPARTMENT  PNC BANK, NATIONAL ASSOCIATION
    cdeltoro@martonelaw.com,  bky@martonelaw.com
    Denise E. Carlon    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC
    dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
    Frank J Martone    on behalf of Creditor CONSUMER DEPARTMENT  PNC BANK, NATIONAL ASSOCIATION
    bky@martonelaw.com
    Justin M Gillman    on behalf of Debtor Maria J Vicari ecf@gbclawgroup.com,
    R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
    William M.E. Powers, III    on behalf of Creditor    Specialized Loan Servicing LLC
    ecf@powerskirn.com
                                                 TOTAL: 8