UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Gillman, Bruton & Capone, LLC
770 Amboy Avenue
Edison, NJ 08837
(732) 661-1664
Attorney for Debtors
JUSTIN M. GILLMAN

**Order Filed on April 15, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Maria Vicari

Case No.:   19-30455-MBK

Chapter:   13

Judge:   Michael Kaplan

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: April 15, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

4810-7737-8999, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Justin Gillman_____, the applicant, is allowed a fee of $_____6,125.00_____ for services rendered and expenses in the amount of $_____368.00_____ for a total of $_____6,493.00_____. The allowance is payable:

☒ $___3,493.00___ through the Chapter 13 plan as an administrative priority.

☒ $___3,000.00___ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for ___n/aari___ months to allow for payment of the above fee.

*rev.8/1/15*

2

4810-7737-8999, v. 1

United States Bankruptcy Court
District of New Jersey

In re:  
Maria J Vicari  
    Debtor

Case No. 19-30455-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Apr 16, 2020  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2020.  
db           +Maria J Vicari,    208 Stephenson Avenue,    Middlesex, NJ 08846-1633

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2020                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2020 at the address(es) listed below:  
             Albert Russo    docs@russotrustee.com  
             Allison J. Kiffin    on behalf of Creditor    Financial Resources Federal Credit Union  
             collections@peterliska.com  
             Christian Del Toro    on behalf of Creditor CONSUMER DEPARTMENT    PNC BANK, NATIONAL ASSOCIATION  
             cdeltoro@martonelaw.com,    bky@martonelaw.com  
             Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing LLC dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
             Denise E. Carlon    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC  
             dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
             Frank J Martone    on behalf of Creditor CONSUMER DEPARTMENT    PNC BANK, NATIONAL ASSOCIATION  
             bky@martonelaw.com  
             Justin M Gillman    on behalf of Debtor Maria J Vicari ecf@gbclawgroup.com,  
             R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com  
             U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
             William M.E. Powers, III    on behalf of Creditor    Specialized Loan Servicing LLC  
             ecf@powerskirn.com  
                                                                                                    TOTAL: 9