| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Gillman, Bruton & Capone, LLC<br><br>Justin Gillman, Esq.<br>770 Amboy Avenue<br>Edison, NJ 08837<br>(732) 661-1664 | **Order Filed on August 19, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Maria Vicari | Case No.:   19-30455-MBK<br><br>Chapter:   13<br><br>Judge:   Michael B. Kaplan |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 19, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

4827-4898-9123, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Justin Gillman_____, the applicant, is allowed a fee of $_____2,087.50_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____2,087.50_____. The allowance is payable:

    ☒ $___2,087.50___ through the Chapter 13 plan as an administrative priority.

    ☒ $_____0_____ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____806.00_____ per month for ___50___ months to allow for payment of the above fee.

*rev.8/1/15*

2

4827-4898-9123, v. 1

United States Bankruptcy Court
District of New Jersey

In re:  
Maria J Vicari  
    Debtor

Case No. 19-30455-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 20, 2020  
                Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2020.  
db         +Maria J Vicari,    208 Stephenson Avenue,    Middlesex, NJ 08846-1633

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2020                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2020 at the address(es) listed below:

        Albert Russo    docs@russotrustee.com  
        Allison J. Kiffin    on behalf of Creditor    Financial Resources Federal Credit Union  
         collections@peterliska.com  
        Christian Del Toro    on behalf of Creditor CONSUMER DEPARTMENT    PNC BANK, NATIONAL ASSOCIATION  
         cdeltoro@martonelaw.com,    bky@martonelaw.com  
        Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing LLC dcarlon@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        Denise E. Carlon    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC  
         dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
        Frank J Martone    on behalf of Creditor CONSUMER DEPARTMENT    PNC BANK, NATIONAL ASSOCIATION  
         bky@martonelaw.com  
        Justin M Gillman    on behalf of Debtor Maria J Vicari ecf@gbclawgroup.com,  
         R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
        William M.E. Powers, III    on behalf of Creditor    Specialized Loan Servicing LLC  
         ecf@powerskirn.com

                                                                                                                               TOTAL: 9