**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1: | Maria J Vicari | Social Security number or ITIN: xxx–xx–8208 |
| | First Name  Middle Name  Last Name | EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2: | | Social Security number or ITIN: _ _ _ _ |
| (Spouse, if filing) | First Name  Middle Name  Last Name | EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: 13   10/29/19 |
| Case number: | 19–30455–KCF | Date case converted to chapter: 7   10/22/20 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Maria J Vicari | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 208 Stephenson Avenue<br>Middlesex, NJ 08846 | |
| 4. | **Debtor's attorney**<br>Name and address | Justin M Gillman<br>Gillman, Bruton & Capone, LLC<br>770 Amboy Ave<br>Edison, NJ 08837 | Contact phone 732–661–1664<br>Email: ecf@gbclawgroup.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Bunce Atkinson<br>Bunce D. Atkinson, Chapter 7 Trustee<br>1011 Highway 71<br>Suite 200<br>Spring Lake, NJ 07762 | Contact phone 732–449–0525 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| 6. **Bankruptcy clerk's office** | 402 East State Street<br>Trenton, NJ 08608 | Hours open: 8:30 AM – 4:00 p.m.,<br>Monday – Friday (except holidays) |
|---|---|---|
| Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. (800) 676–6856 | Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Contact phone 609–858–9333<br><br>Date: 10/23/20 |

| 7. **Meeting of creditors** | **November 20, 2020 at 11:30 AM** | Location: |
|---|---|---|
| **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information.** |

| 8. **Presumption of abuse** | The presumption of abuse does not arise. | |
|---|---|---|
| If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |

| 9. **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 1/19/21** |
|---|---|---|
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|

| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-30455-KCF |
| Maria J Vicari | Chapter 7 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 5 |
| Date Rcvd: Oct 23, 2020 | Form ID: 309A | Total Noticed: 91 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Maria J Vicari, 208 Stephenson Avenue, Middlesex, NJ 08846-1633 |
| tr | + | Bunce Atkinson, Bunce D. Atkinson, Chapter 7 Trustee, 1011 Highway 71, Suite 200, Spring Lake, NJ 07762-3232 |
| 518539092 | | Bank of America, Attn: Bankruptcy, Nc4-105-03-14 Pob 26012, Greensboro, NC 27420 |
| 518539093 | + | Bank of America, Po Box 45144, Jacksonville, FL 32232-5144 |
| 518539095 | + | Bryant State Bank, 500 E. 60th Street North, Sioux Falls, SD 57104-0478 |
| 518539094 | + | Bryant State Bank, Attn: Bankruptcy, Po Box 215, Bryant, SD 57221-0215 |
| 518727587 | + | COMPREHENSIVE PEDIATRIC DENTISTRY, 111 EAST UNION AVE, BOUND BROOK, NJ 08805-1761 |
| 518539106 | + | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 518539107 | + | Commercial Acceptance Company, 2 W. Main St, Shiremanstown, PA 17011-6326 |
| 518539108 | + | Comprehensiv Pediatric Dentis, 111 East Union Ave, Bound Brook, NJ 08805-1761 |
| 518539109 | | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 518539110 | + | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 518539128 | ++ | FIRST SAVINGS BANK, PO BOX 5096, SIOUX FALLS SD 57117-5096 address filed with court:, First Savings Credit Card, 500 East 60th St North, Sioux Falls, SD 57104 |
| 518539111 | | Family Care, 257 East Route 22, Green Brook, NJ 08812 |
| 518539114 | + | Financial Resources Fc, 520 Route 22 East, Bridgewater, NJ 08807-2489 |
| 518539113 | + | Financial Resources Fc, 520 Us Hwy 22 East 1st F, Bridgewater, NJ 08807-2489 |
| 518625512 | + | Financial Resources Federal Credit Union, c/o Peter J. Liska, LLC, 766 Shrewsbury Ave., Tinton Falls, NJ 07724-3001 |
| 518539124 | + | First Nataional Bank/Legacy, 500 East 60th St North, Sioux Falls, SD 57104-0478 |
| 518539122 | + | First Nataional Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117-5097 |
| 518539126 | + | First Savings Credit Card, Attn: Bankruptcy Department, Po Box 5019, Sioux Falls, SD 57117-5019 |
| 518539142 | + | Mariner Finance, LLC, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 518539141 | + | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 518539145 | + | Middlesex County Sheriff's Office, 701 Livingston Ave., P.O. Box 1188, New Brunswick, NJ 08903-1188 |
| 518539146 | + | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 518629131 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518539148 | | PNC Bank, Attn: Bankruptcy Dept., PO Box 489909, Charlotte, NC 28269-5329 |
| 518625833 | + | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101-4982 |
| 518644075 | | Pendrick Capital Partners II, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 518539149 | + | Powers Kirn, LLC, 728 Marne Highway, PO Box 848, Moorestown, NJ 08057-0848 |
| 518539150 | + | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518539147 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, New Jersey Division of Taxation, Bankruptcy Section, P.O. Box 245, Trenton, NJ 08695-0245 |
| 518982303 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 518646329 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518539156 | + | Specialized Loan Servicing, LLC, 8742 Lucent Blvd, Suite 300, Littleton, CO 80129-2386 |
| 518539161 | + | Synergetic Communication, Inc., 5450 N.W. Central #1000, Houston, TX 77092-2016 |
| 518539167 | | TransUnion, P.O. Box 2000, Crum Lynne, PA 19022 |

TOTAL: 36

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|

Case 19-30455-KCF    Doc 57    Filed 10/25/20    Entered 10/26/20 00:54:22    Desc Imaged
Certificate of Notice    Page 5 of 8

| District/off: 0312-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Oct 23, 2020 | Form ID: 309A | Total Noticed: 91 |

| | | | | |
|---|---|---|---|---|
| aty | | Email/Text: ecf@gbclawgroup.com | Oct 23 2020 22:37:00 | Justin M Gillman, Gillman, Bruton & Capone, LLC, 770 Amboy Ave, Edison, NJ 08837 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 23 2020 22:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 23 2020 22:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518539084 | | Email/Text: ebn@americollect.com | Oct 23 2020 22:39:00 | Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 518539088 | | Email/Text: ebn@americollect.com | Oct 23 2020 22:39:00 | Americollect, 1851 S Alverno Road, Manitowoc, WI 54221 |
| 518539082 | + | EDI: GMACFS.COM | Oct 24 2020 01:23:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 518539083 | + | EDI: GMACFS.COM | Oct 24 2020 01:23:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 518575316 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 23 2020 22:23:33 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518539096 | + | EDI: CAPITALONE.COM | Oct 24 2020 01:23:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518539097 | + | EDI: CAPITALONE.COM | Oct 24 2020 01:23:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518564235 | + | EDI: AIS.COM | Oct 24 2020 01:23:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518617344 | | EDI: BL-BECKET.COM | Oct 24 2020 01:23:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518539099 | + | EDI: CITICORP.COM | Oct 24 2020 01:23:00 | Citi/Sears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 518539098 | + | EDI: CITICORP.COM | Oct 24 2020 01:23:00 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518539101 | + | EDI: CITICORP.COM | Oct 24 2020 01:23:00 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518539100 | | EDI: CITICORP.COM | Oct 24 2020 01:23:00 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 518539102 | + | EDI: WFNNB.COM | Oct 24 2020 01:23:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518539103 | + | EDI: WFNNB.COM | Oct 24 2020 01:23:00 | Comenity Bank/Overstock, Po Box 182120, Columbus, OH 43218-2120 |
| 518539104 | + | EDI: WFNNB.COM | Oct 24 2020 01:23:00 | Comenity Bank/Wayfair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518539105 | + | EDI: WFNNB.COM | Oct 24 2020 01:23:00 | Comenity Bank/Wayfair, Po Box 182789, Columbus, OH 43218-2789 |
| 518539112 | + | Email/Text: bknotices@financesysteminc.com | Oct 23 2020 22:43:00 | Finance System, Inc., 32 S 9th, Richmond, IN 47374-5504 |
| 518539120 | + | EDI: BLUESTEM | Oct 24 2020 01:23:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395-1250 |
| 518539121 | + | EDI: BLUESTEM | Oct 24 2020 01:23:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 518539134 | + | EDI: IIC9.COM | Oct 24 2020 01:23:00 | I.C. System, Inc., P.O. Box 64437, Saint Paul, MN 55164-0437 |
| 518539132 | + | EDI: IIC9.COM | | |

Case 19-30455-KCF    Doc 57    Filed 10/25/20    Entered 10/26/20 00:54:22    Desc Imaged
Certificate of Notice    Page 6 of 8

| District/off: 0312-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Oct 23, 2020 | Form ID: 309A | Total Noticed: 91 |

| | | | |
|---|---|---|---|
| | | Oct 24 2020 01:23:00 | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 518539130 | + EDI: IIC9.COM | | |
| | | Oct 24 2020 01:23:00 | I.c. System, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 518539135 | EDI: IRS.COM | | |
| | | Oct 24 2020 01:23:00 | Internal Revenue Service (IRS), Department of Treasury, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518646659 | EDI: JEFFERSONCAP.COM | | |
| | | Oct 24 2020 01:23:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518539137 | EDI: JEFFERSONCAP.COM | | |
| | | Oct 24 2020 01:23:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 518539138 | + Email/Text: abachman@rmbcollect.com | | |
| | | Oct 23 2020 22:43:00 | JFK Medical Center, 80 James Street, Edison, NJ 08820-3938 |
| 518539136 | EDI: JEFFERSONCAP.COM | | |
| | | Oct 24 2020 01:23:00 | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 518539139 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Oct 23 2020 22:38:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 518539140 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Oct 23 2020 22:38:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 518539144 | + Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Oct 23 2020 22:24:32 | Merrick Bank/CardWorks, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518539143 | + Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Oct 23 2020 22:23:20 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518606956 | EDI: PRA.COM | | |
| | | Oct 24 2020 01:23:00 | Portfolio Recovery Associates, LLC, c/o Paypal, POB 41067, Norfolk VA 23541 |
| 518634334 | EDI: Q3G.COM | | |
| | | Oct 24 2020 01:23:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518539151 | + Email/Text: rwjebn@rwjbh.org | | |
| | | Oct 23 2020 22:44:00 | Robert Wood Johnson University Hospital, 110 Rehill Avenue, Somerville, NJ 08876-2519 |
| 518539152 | + Email/Text: bankruptcy@savit.com | | |
| | | Oct 23 2020 22:44:00 | SaVit Collection Agency, Attn: Bankruptcy, Po Box 250, East Brunswick, NJ 08816-0250 |
| 518539153 | + Email/Text: bankruptcy@savit.com | | |
| | | Oct 23 2020 22:44:00 | SaVit Collection Agency, Po Box 250, East Brunswick, NJ 08816-0250 |
| 518539154 | Email/Text: bankruptcy@senexco.com | | |
| | | Oct 23 2020 22:37:00 | Senex Services Corp, Attn: Bankruptcy, 333 Founders Rd 2nd Floor, Indianapolis, IN 46268 |
| 518539155 | + Email/Text: bankruptcy@senexco.com | | |
| | | Oct 23 2020 22:37:00 | Senex Services Corp, 3333 Founders Road, Indianapolis, IN 46268-4932 |
| 518539158 | + EDI: RMSC.COM | | |
| | | Oct 24 2020 01:23:00 | Syncb/Toys R Us, Po Box 965005, Orlando, FL 32896-5005 |
| 518539157 | + EDI: RMSC.COM | | |
| | | Oct 24 2020 01:23:00 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518542101 | + EDI: RMSC.COM | | |
| | | Oct 24 2020 01:23:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518539160 | + EDI: RMSC.COM | | |
| | | Oct 24 2020 01:23:00 | Synchrony Bank/Gap, Po Box 965005, Orlando, FL 32896-5005 |
| 518539159 | + EDI: RMSC.COM | | |
| | | Oct 24 2020 01:23:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518539166 | EDI: TDBANKNORTH.COM | | |
| | | Oct 24 2020 01:23:00 | TD Bank, NA, 1701 Marlton Pike E, Cherry Hill, NJ 08034 |
| 518583307 | + Email/Text: bncmail@w-legal.com | | |
| | | Oct 23 2020 22:39:00 | TD Bank USA, N.A., C O WEINSTEIN & |

Case 19-30455-KCF    Doc 57    Filed 10/25/20    Entered 10/26/20 00:54:22    Desc Imaged
Certificate of Notice    Page 7 of 8

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Oct 23, 2020 | Form ID: 309A | Total Noticed: 91 |

| Recip ID | | EDI | Date | Name and Address |
|---|---|---|---|---|
| | | | | RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518539163 | + | EDI: WTRRNBANK.COM | Oct 24 2020 01:23:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 518539162 | + | EDI: WTRRNBANK.COM | Oct 24 2020 01:23:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 518539164 | + | EDI: LCITDAUTO | Oct 24 2020 01:23:00 | Td Auto Finance, Attn: Bankruptcy, Po Box 9223, Farmington Hilss, MI 48333-9223 |
| 518539165 | + | EDI: LCITDAUTO | Oct 24 2020 01:23:00 | Td Auto Finance, Po Box 9223, Farmington, MI 48333-9223 |
| 518633101 | + | EDI: AIS.COM | Oct 24 2020 01:23:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518539168 | + | EDI: WFFC.COM | Oct 24 2020 01:23:00 | Wells Fargo Hm Mortgag, Attention: Bankruptcy Department MAC-X, 3476 Stateview Blvd, Fort Mill, SC 29715-7203 |

TOTAL: 55

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518586214 | | Anthony Vicari |
| 518539089 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, Americollect, 1851 S Alverno Road, Manitowoc, WI 54221 |
| 518539090 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, Americollect, 1851 S Alverno Road, Manitowoc, WI 54221 |
| 518539091 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, Americollect, 1851 S Alverno Road, Manitowoc, WI 54221 |
| 518539085 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 518539086 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 518539087 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 518539129 | *P++ | FIRST SAVINGS BANK, PO BOX 5096, SIOUX FALLS SD 57117-5096, address filed with court:, First Savings Credit Card, 500 East 60th St North, Sioux Falls, SD 57104 |
| 518539115 | *+ | Financial Resources Fc, 520 Us Hwy 22 East 1st F, Bridgewater, NJ 08807-2489 |
| 518539116 | *+ | Financial Resources Fc, 520 Us Hwy 22 East 1st F, Bridgewater, NJ 08807-2489 |
| 518539117 | *+ | Financial Resources Fc, 520 Us Hwy 22 East 1st F, Bridgewater, NJ 08807-2489 |
| 518539118 | *+ | Financial Resources Fc, 520 Route 22 East, Bridgewater, NJ 08807-2489 |
| 518539119 | *+ | Financial Resources Fc, 520 Route 22 East, Bridgewater, NJ 08807-2489 |
| 518539123 | *+ | First Nataional Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117-5097 |
| 518539125 | *+ | First Nataional Bank/Legacy, 500 East 60th St North, Sioux Falls, SD 57104-0478 |
| 518539127 | *+ | First Savings Credit Card, Attn: Bankruptcy Department, Po Box 5019, Sioux Falls, SD 57117-5019 |
| 518539133 | *+ | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 518539131 | *+ | I.c. System, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |

TOTAL: 1 Undeliverable, 17 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 5 of 5 |
| Date Rcvd: Oct 23, 2020 | Form ID: 309A | Total Noticed: 91 |

Date: Oct 25, 2020            Signature:      /s/Joseph Speetjens