UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:     Case No.:    19-30455
MARIA J. VICARI     Chapter:    7
    Judge:    KCF

**NOTICE OF PROPOSED ABANDONMENT**

_____Bunce D. Atkinson_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clarkson S. Fisher US Courthouse<br>402 East State Street<br>Trenton, NJ 08608 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable ___Kathryn C. Ferguson___ on ___12/22/2020___ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. ___2___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 208 Stephenson Avenue, Middlesex, NJ - Value:$268,800.00<br>1/2 interest |
|---|---|

| Liens on property: | Specialized Loan Servicing, LLC - Value: $226,285.41 |
|---|---|

| Amount of equity claimed as exempt: | $21,241.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:    Bunce D. Atkinson, Chapter 7 Trustee
Address:    1011 Highway 71, Suite 200 Spring Lake, NJ 07762-2030
Telephone No.:    (732) 449-0525

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Maria J Vicari  
    Debtor(s)

Case No. 19-30455-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 5  
Date Rcvd: Nov 24, 2020      Form ID: pdf905      Total Noticed: 90

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Maria J Vicari, 208 Stephenson Avenue, Middlesex, NJ 08846-1633 |
| cr | + | CONSUMER DEPARTMENT PNC BANK, NATIONAL ASSOCIATION, PO BOX 94982, CLEVELAND, OH 44101-4982 |
| 518539092 | | Bank of America, Attn: Bankruptcy, Nc4-105-03-14 Pob 26012, Greensboro, NC 27420 |
| 518539093 | + | Bank of America, Po Box 45144, Jacksonville, FL 32232-5144 |
| 518539095 | + | Bryant State Bank, 500 E. 60th Street North, Sioux Falls, SD 57104-0478 |
| 518539094 | + | Bryant State Bank, Attn: Bankruptcy, Po Box 215, Bryant, SD 57221-0215 |
| 518727587 | + | COMPREHENSIVE PEDIATRIC DENTISTRY, 111 EAST UNION AVE, BOUND BROOK, NJ 08805-1761 |
| 518617344 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518539099 | + | Citi/Sears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 518539098 | + | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518539100 | | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 518539101 | + | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518539106 | + | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 518539107 | + | Commercial Acceptance Company, 2 W. Main St, Shiremanstown, PA 17011-6326 |
| 518539108 | + | Comprehensiv Pediatric Dentis, 111 East Union Ave, Bound Brook, NJ 08805-1761 |
| 518539109 | | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 518539110 | + | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 518539128 | ++ | FIRST SAVINGS BANK, PO BOX 5096, SIOUX FALLS SD 57117-5096 address filed with court:, First Savings Credit Card, 500 East 60th St North, Sioux Falls, SD 57104 |
| 518539111 | | Family Care, 257 East Route 22, Green Brook, NJ 08812 |
| 518539114 | + | Financial Resources Fc, 520 Route 22 East, Bridgewater, NJ 08807-2489 |
| 518539113 | + | Financial Resources Fc, 520 Us Hwy 22 East 1st F, Bridgewater, NJ 08807-2489 |
| 518625512 | + | Financial Resources Federal Credit Union, c/o Peter J. Liska, LLC, 766 Shrewsbury Ave., Tinton Falls, NJ 07724-3001 |
| 518539124 | + | First Nataional Bank/Legacy, 500 East 60th St North, Sioux Falls, SD 57104-0478 |
| 518539122 | + | First Nataional Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117-5097 |
| 518539126 | + | First Savings Credit Card, Attn: Bankruptcy Department, Po Box 5019, Sioux Falls, SD 57117-5019 |
| 518539134 | + | I.C. System, Inc., P.O. Box 64437, Saint Paul, MN 55164-0437 |
| 518539132 | + | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 518539130 | + | I.c. System, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 518539142 | + | Mariner Finance, LLC, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 518539141 | + | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 518539145 | + | Middlesex County Sheriff's Office, 701 Livingston Ave., P.O. Box 1188, New Brunswick, NJ 08903-1188 |
| 518539146 | + | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 518629131 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518539148 | | PNC Bank, Attn: Bankruptcy Dept., PO Box 489909, Charlotte, NC 28269-5329 |
| 518625833 | + | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101-4982 |
| 518644075 | | Pendrick Capital Partners II, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 518539149 | + | Powers Kirn, LLC, 728 Marne Highway, PO Box 848, Moorestown, NJ 08057-0848 |
| 518539150 | + | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518539147 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, New Jersey Division of Taxation, Bankruptcy Section, P.O. Box 245, Trenton, NJ 08695-0245 |
| 518982303 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 518646329 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518539156 | + | Specialized Loan Servicing, LLC, 8742 Lucent Blvd, Suite 300, Littleton, CO 80129-2386 |

Case 19-30455-KCF    Doc 64    Filed 11/26/20    Entered 11/27/20 00:17:00    Desc Imaged
                              Certificate of Notice    Page 3 of 6

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 5 |
| Date Rcvd: Nov 24, 2020 | Form ID: pdf905 | Total Noticed: 90 |

| | | |
|---|---|---|
| 518539161 | + | Synergetic Communication, Inc., 5450 N.W. Central #1000, Houston, TX 77092-2016 |
| 518539163 | + | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 518539162 | + | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 518539165 | + | Td Auto Finance, Po Box 9223, Farmington, MI 48333-9223 |
| 518539164 | + | Td Auto Finance, Attn: Bankruptcy, Po Box 9223, Farmington Hilss, MI 48333-9223 |
| 518539167 | | TransUnion, P.O. Box 2000, Crum Lynne, PA 19022 |
| 518539168 | + | Wells Fargo Hm Mortgag, Attention: Bankruptcy Department MAC-X, 3476 Stateview Blvd, Fort Mill, SC 29715-7203 |

TOTAL: 49

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 24 2020 21:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 24 2020 21:20:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518539084 | | Email/Text: ebn@americollect.com | Nov 24 2020 21:21:00 | Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 518539088 | | Email/Text: ebn@americollect.com | Nov 24 2020 21:21:00 | Americollect, 1851 S Alverno Road, Manitowoc, WI 54221 |
| 518539082 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 24 2020 21:19:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 518539083 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 24 2020 21:19:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 518575316 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 24 2020 22:26:22 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518539096 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 24 2020 22:28:46 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518539097 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 24 2020 22:28:46 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518564235 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 24 2020 22:26:25 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518539102 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 24 2020 21:20:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518539103 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 24 2020 21:20:00 | Comenity Bank/Overstock, Po Box 182120, Columbus, OH 43218-2120 |
| 518539104 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 24 2020 21:20:00 | Comenity Bank/Wayfair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518539105 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 24 2020 21:20:00 | Comenity Bank/Wayfair, Po Box 182789, Columbus, OH 43218-2789 |
| 518539112 | + | Email/Text: bknotices@financesysteminc.com | Nov 24 2020 21:21:00 | Finance System, Inc., 32 S 9th, Richmond, IN 47374-5504 |
| 518539120 | + | Email/Text: bnc-bluestem@quantum3group.com | Nov 24 2020 21:21:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395-1250 |
| 518539121 | + | Email/Text: bnc-bluestem@quantum3group.com | Nov 24 2020 21:21:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 518539135 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 24 2020 21:20:00 | Internal Revenue Service (IRS), Department of Treasury, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518646659 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 24 2020 21:21:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |

Case 19-30455-KCF    Doc 64    Filed 11/26/20    Entered 11/27/20 00:17:00    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Nov 24, 2020 | Form ID: pdf905 | Total Noticed: 90 |

| Notice ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518539137 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 24 2020 21:21:00 | Jefferson Capital Systems, LLC, 16 Mceland Rd, Saint Cloud, MN 56303 |
| 518539138 | + | Email/Text: abachman@rmbcollect.com | Nov 24 2020 21:21:00 | JFK Medical Center, 80 James Street, Edison, NJ 08820-3938 |
| 518539136 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 24 2020 21:21:00 | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 518539139 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 24 2020 21:19:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 518539140 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 24 2020 21:19:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 518539144 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 24 2020 22:27:22 | Merrick Bank/CardWorks, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518539143 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 24 2020 22:26:06 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518625833 | + | Email/Text: Bankruptcy.Notices@pnc.com | Nov 24 2020 21:19:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101-4982 |
| 518606956 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 24 2020 22:28:50 | Portfolio Recovery Associates, LLC, c/o Paypal, POB 41067, Norfolk VA 23541 |
| 518634334 | | Email/Text: bnc-quantum@quantum3group.com | Nov 24 2020 21:20:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518539151 | + | Email/Text: rwjebn@rwjbh.org | Nov 24 2020 21:21:00 | Robert Wood Johnson University Hospital, 110 Rehill Avenue, Somerville, NJ 08876-2519 |
| 518539152 | + | Email/Text: bankruptcy@savit.com | Nov 24 2020 21:21:00 | SaVit Collection Agency, Attn: Bankruptcy, Po Box 250, East Brunswick, NJ 08816-0250 |
| 518539153 | + | Email/Text: bankruptcy@savit.com | Nov 24 2020 21:21:00 | SaVit Collection Agency, Po Box 250, East Brunswick, NJ 08816-0250 |
| 518539154 | | Email/Text: bankruptcy@senexco.com | Nov 24 2020 21:19:00 | Senex Services Corp, Attn: Bankruptcy, 333 Founders Rd 2nd Floor, Indianapolis, IN 46268 |
| 518539155 | + | Email/Text: bankruptcy@senexco.com | Nov 24 2020 21:19:00 | Senex Services Corp, 3333 Founders Road, Indianapolis, IN 46268-4932 |
| 518539158 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 24 2020 22:28:41 | Syncb/Toys R Us, Po Box 965005, Orlando, FL 32896-5005 |
| 518539157 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 24 2020 22:27:23 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518542101 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 24 2020 22:28:41 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518539160 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 24 2020 22:27:24 | Synchrony Bank/Gap, Po Box 965005, Orlando, FL 32896-5005 |
| 518539159 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 24 2020 22:28:42 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518539166 | | Email/Text: bankruptcy@td.com | Nov 24 2020 21:21:00 | TD Bank, NA, 1701 Marlton Pike E, Cherry Hill, NJ 08034 |
| 518583307 | + | Email/Text: bncmail@w-legal.com | Nov 24 2020 21:21:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518633101 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 24 2020 22:27:39 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 42

District/off: 0312-3 | User: admin | Page 4 of 5
Date Rcvd: Nov 24, 2020 | Form ID: pdf905 | Total Noticed: 90

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518586214 | | Anthony Vicari |
| cr | *+ | Financial Resources Federal Credit Union, c/o Peter J. Liska, LLC, 766 Shrewsbury Avenue, Tinton Falls, NJ 07724-3001 |
| 518539089 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, Americollect, 1851 S Alverno Road, Manitowoc, WI 54221 |
| 518539090 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, Americollect, 1851 S Alverno Road, Manitowoc, WI 54221 |
| 518539091 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, Americollect, 1851 S Alverno Road, Manitowoc, WI 54221 |
| 518539085 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 518539086 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 518539087 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 518539129 | *P++ | FIRST SAVINGS BANK, PO BOX 5096, SIOUX FALLS SD 57117-5096, address filed with court:, First Savings Credit Card, 500 East 60th St North, Sioux Falls, SD 57104 |
| 518539115 | *+ | Financial Resources Fc, 520 Us Hwy 22 East 1st F, Bridgewater, NJ 08807-2489 |
| 518539116 | *+ | Financial Resources Fc, 520 Us Hwy 22 East 1st F, Bridgewater, NJ 08807-2489 |
| 518539117 | *+ | Financial Resources Fc, 520 Us Hwy 22 East 1st F, Bridgewater, NJ 08807-2489 |
| 518539118 | *+ | Financial Resources Fc, 520 Route 22 East, Bridgewater, NJ 08807-2489 |
| 518539119 | *+ | Financial Resources Fc, 520 Route 22 East, Bridgewater, NJ 08807-2489 |
| 518539123 | *+ | First Nataional Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117-5097 |
| 518539125 | *+ | First Nataional Bank/Legacy, 500 East 60th St North, Sioux Falls, SD 57104-0478 |
| 518539127 | *+ | First Savings Credit Card, Attn: Bankruptcy Department, Po Box 5019, Sioux Falls, SD 57117-5019 |
| 518539133 | *+ | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 518539131 | *+ | I.c. System, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |

TOTAL: 1 Undeliverable, 18 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 26, 2020    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Allison J. Kiffin | on behalf of Creditor Financial Resources Federal Credit Union collections@peterliska.com |
| Bunce Atkinson | bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| Christian Del Toro | on behalf of Creditor CONSUMER DEPARTMENT PNC BANK NATIONAL ASSOCIATION cdeltoro@martonelaw.com, |

District/off: 0312-3 | User: admin | Page 5 of 5
Date Rcvd: Nov 24, 2020 | Form ID: pdf905 | Total Noticed: 90

| | |
|---|---|
| | bky@martonelaw.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor SPECIALIZED LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Frank J Martone | on behalf of Creditor CONSUMER DEPARTMENT PNC BANK  NATIONAL ASSOCIATION bky@martonelaw.com |
| Justin M Gillman | on behalf of Debtor Maria J Vicari ecf@gbclawgroup.com R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers, III | on behalf of Creditor Specialized Loan Servicing LLC ecf@powerskirn.com |

TOTAL: 10