**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Maria J Vicari | Social Security number or ITIN  xxx–xx–8208 |
| | First Name   Middle Name   Last Name | EIN  __-_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____ |
| | | EIN  __-_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–30455–KCF | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Maria J Vicari

2/17/21

**By the court:** Kathryn C. Ferguson
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-30455-KCF |
| Maria J Vicari | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 5 |
| Date Rcvd: Feb 17, 2021 | Form ID: 318 | Total Noticed: 90 |

The following symbols are used throughout this certificate:

**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Maria J Vicari, 208 Stephenson Avenue, Middlesex, NJ 08846-1633 |
| cr | + | CONSUMER DEPARTMENT PNC BANK, NATIONAL ASSOCIATION, PO BOX 94982, CLEVELAND, OH 44101-4982 |
| 518539092 | | Bank of America, Attn: Bankruptcy, Nc4-105-03-14 Pob 26012, Greensboro, NC 27420 |
| 518539093 | + | Bank of America, Po Box 45144, Jacksonville, FL 32232-5144 |
| 518539095 | + | Bryant State Bank, 500 E. 60th Street North, Sioux Falls, SD 57104-0478 |
| 518539094 | + | Bryant State Bank, Attn: Bankruptcy, Po Box 215, Bryant, SD 57221-0215 |
| 518727587 | + | COMPREHENSIVE PEDIATRIC DENTISTRY, 111 EAST UNION AVE, BOUND BROOK, NJ 08805-1761 |
| 518539106 | + | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 518539107 | + | Commercial Acceptance Company, 2 W. Main St, Shiremanstown, PA 17011-6326 |
| 518539108 | + | Comprehensiv Pediatric Dentis, 111 East Union Ave, Bound Brook, NJ 08805-1761 |
| 518539109 | | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 518539110 | + | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 518539128 | ++ | FIRST SAVINGS BANK, PO BOX 5096, SIOUX FALLS SD 57117-5096 address filed with court:, First Savings Credit Card, 500 East 60th St North, Sioux Falls, SD 57104 |
| 518539111 | | Family Care, 257 East Route 22, Green Brook, NJ 08812 |
| 518539114 | + | Financial Resources Fc, 520 Route 22 East, Bridgewater, NJ 08807-2489 |
| 518539113 | + | Financial Resources Fc, 520 Us Hwy 22 East 1st F, Bridgewater, NJ 08807-2489 |
| 518625512 | + | Financial Resources Federal Credit Union, c/o Peter J. Liska, LLC, 766 Shrewsbury Ave., Tinton Falls, NJ 07724-3001 |
| 518539124 | + | First Nataional Bank/Legacy, 500 East 60th St North, Sioux Falls, SD 57104-0478 |
| 518539122 | + | First Nataional Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117-5097 |
| 518539126 | + | First Savings Credit Card, Attn: Bankruptcy Department, Po Box 5019, Sioux Falls, SD 57117-5019 |
| 518539142 | + | Mariner Finance, LLC, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 518539141 | + | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 518539145 | + | Middlesex County Sheriff's Office, 701 Livingston Ave., P.O. Box 1188, New Brunswick, NJ 08903-1188 |
| 518539146 | + | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 518629131 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518539148 | | PNC Bank, Attn: Bankruptcy Dept., PO Box 489909, Charlotte, NC 28269-5329 |
| 518644075 | | Pendrick Capital Partners II, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 518539149 | + | Powers Kirn, LLC, 728 Marne Highway, PO Box 848, Moorestown, NJ 08057-0848 |
| 518539150 | + | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518539147 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, New Jersey Division of Taxation, Bankruptcy Section, P.O. Box 245, Trenton, NJ 08695-0245 |
| 518982303 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 518646329 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518539156 | + | Specialized Loan Servicing, LLC, 8742 Lucent Blvd, Suite 300, Littleton, CO 80129-2386 |
| 518539161 | + | Synergetic Communication, Inc., 5450 N.W. Central #1000, Houston, TX 77092-2016 |
| 518539167 | | TransUnion, P.O. Box 2000, Crum Lynne, PA 19022 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Feb 17 2021 21:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino |

Case 19-30455-KCF  Doc 72  Filed 02/19/21  Entered 02/20/21 00:22:27  Desc Imaged
Certificate of Notice  Page 4 of 7

| District/off: 0312-3 | User: admin | Page 2 of 5 |
| --- | --- | --- |
| Date Rcvd: Feb 17, 2021 | Form ID: 318 | Total Noticed: 90 |

| Recipient ID | | Delivery Method | Date | Address |
| --- | --- | --- | --- | --- |
| | | | | Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 17 2021 21:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518539084 | | Email/Text: ebn@americollect.com | Feb 17 2021 21:26:00 | Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 518539088 | | Email/Text: ebn@americollect.com | Feb 17 2021 21:26:00 | Americollect, 1851 S Alverno Road, Manitowoc, WI 54221 |
| 518539082 | + | EDI: GMACFS.COM | Feb 18 2021 01:28:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 518539083 | + | EDI: GMACFS.COM | Feb 18 2021 01:28:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 518575316 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 17 2021 23:39:03 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518539096 | + | EDI: CAPITALONE.COM | Feb 18 2021 01:28:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518539097 | + | EDI: CAPITALONE.COM | Feb 18 2021 01:28:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518564235 | + | EDI: AIS.COM | Feb 18 2021 01:28:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518617344 | | EDI: BL-BECKET.COM | Feb 18 2021 01:28:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518539099 | + | EDI: CITICORP.COM | Feb 18 2021 01:28:00 | Citi/Sears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 518539098 | + | EDI: CITICORP.COM | Feb 18 2021 01:28:00 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518539101 | + | EDI: CITICORP.COM | Feb 18 2021 01:28:00 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518539100 | | EDI: CITICORP.COM | Feb 18 2021 01:28:00 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 518539102 | + | EDI: WFNNB.COM | Feb 18 2021 01:28:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518539103 | + | EDI: WFNNB.COM | Feb 18 2021 01:28:00 | Comenity Bank/Overstock, Po Box 182120, Columbus, OH 43218-2120 |
| 518539104 | + | EDI: WFNNB.COM | Feb 18 2021 01:28:00 | Comenity Bank/Wayfair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518539105 | + | EDI: WFNNB.COM | Feb 18 2021 01:28:00 | Comenity Bank/Wayfair, Po Box 182789, Columbus, OH 43218-2789 |
| 518539112 | + | Email/Text: bknotices@financesysteminc.com | Feb 17 2021 21:26:00 | Finance System, Inc., 32 S 9th, Richmond, IN 47374-5504 |
| 518539120 | + | EDI: BLUESTEM | Feb 18 2021 01:28:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395-1250 |
| 518539121 | + | EDI: BLUESTEM | Feb 18 2021 01:28:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 518539134 | + | EDI: IIC9.COM | Feb 18 2021 01:28:00 | I.C. System, Inc., P.O. Box 64437, Saint Paul, MN 55164-0437 |
| 518539132 | + | EDI: IIC9.COM | Feb 18 2021 01:28:00 | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 518539130 | + | EDI: IIC9.COM | Feb 18 2021 01:28:00 | I.c. System, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |

| | | | |
|---|---|---|---|
| Case 19-30455-KCF | Doc 72 | Filed 02/19/21 Entered 02/20/21 00:22:27 | Desc Imaged |
| | | Certificate of Notice   Page 5 of 7 | |

| | | | |
|---|---|---|---|
| District/off: 0312-3 | | User: admin | Page 3 of 5 |
| Date Rcvd: Feb 17, 2021 | | Form ID: 318 | Total Noticed: 90 |

| Recipient ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| 518539135 | EDI: IRS.COM | Feb 18 2021 01:28:00 | Internal Revenue Service (IRS), Department of Treasury, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518646659 | EDI: JEFFERSONCAP.COM | Feb 18 2021 01:28:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518539137 | EDI: JEFFERSONCAP.COM | Feb 18 2021 01:28:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 518539138 | + Email/Text: abachman@rmbcollect.com | Feb 17 2021 21:27:00 | JFK Medical Center, 80 James Street, Edison, NJ 08820-3938 |
| 518539136 | EDI: JEFFERSONCAP.COM | Feb 18 2021 01:28:00 | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 518539139 | + Email/Text: PBNCNotifications@peritusservices.com | Feb 17 2021 21:24:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 518539140 | + Email/Text: PBNCNotifications@peritusservices.com | Feb 17 2021 21:24:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 518539144 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 17 2021 23:46:54 | Merrick Bank/CardWorks, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518539143 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 17 2021 23:46:54 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518625833 | + Email/Text: Bankruptcy.Notices@pnc.com | Feb 17 2021 21:25:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101-4982 |
| 518606956 | EDI: PRA.COM | Feb 18 2021 01:28:00 | Portfolio Recovery Associates, LLC, c/o Paypal, POB 41067, Norfolk VA 23541 |
| 518634334 | EDI: Q3G.COM | Feb 18 2021 01:28:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518539151 | + Email/Text: rwjebn@rwjbh.org | Feb 17 2021 21:27:00 | Robert Wood Johnson University Hospital, 110 Rehill Avenue, Somerville, NJ 08876-2519 |
| 518539152 | + Email/Text: bankruptcy@savit.com | Feb 17 2021 21:27:00 | SaVit Collection Agency, Attn: Bankruptcy, Po Box 250, East Brunswick, NJ 08816-0250 |
| 518539153 | + Email/Text: bankruptcy@savit.com | Feb 17 2021 21:27:00 | SaVit Collection Agency, Po Box 250, East Brunswick, NJ 08816-0250 |
| 518539154 | Email/Text: bankruptcy@senexco.com | Feb 17 2021 21:24:00 | Senex Services Corp, Attn: Bankruptcy, 333 Founders Rd 2nd Floor, Indianapolis, IN 46268 |
| 518539155 | + Email/Text: bankruptcy@senexco.com | Feb 17 2021 21:24:00 | Senex Services Corp, 3333 Founders Road, Indianapolis, IN 46268-4932 |
| 518539158 | + EDI: RMSC.COM | Feb 18 2021 01:28:00 | Syncb/Toys R Us, Po Box 965005, Orlando, FL 32896-5005 |
| 518539157 | + EDI: RMSC.COM | Feb 18 2021 01:28:00 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518542101 | + EDI: RMSC.COM | Feb 18 2021 01:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518539160 | + EDI: RMSC.COM | Feb 18 2021 01:28:00 | Synchrony Bank/Gap, Po Box 965005, Orlando, FL 32896-5005 |
| 518539159 | + EDI: RMSC.COM | Feb 18 2021 01:28:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518539166 | EDI: TDBANKNORTH.COM | Feb 18 2021 01:28:00 | TD Bank, NA, 1701 Marlton Pike E, Cherry Hill, NJ 08034 |
| 518583307 | + Email/Text: bncmail@w-legal.com | Feb 17 2021 21:26:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Feb 17, 2021 | Form ID: 318 | Total Noticed: 90 |

| 518539163 | + EDI: WTRRNBANK.COM | | |
|---|---|---|---|
| | | Feb 18 2021 01:28:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 518539162 | + EDI: WTRRNBANK.COM | | |
| | | Feb 18 2021 01:28:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 518539164 | + EDI: LCITDAUTO | | |
| | | Feb 18 2021 01:28:00 | Td Auto Finance, Attn: Bankruptcy, Po Box 9223, Farmington Hilss, MI 48333-9223 |
| 518539165 | + EDI: LCITDAUTO | | |
| | | Feb 18 2021 01:28:00 | Td Auto Finance, Po Box 9223, Farmington, MI 48333-9223 |
| 518633101 | + EDI: AIS.COM | | |
| | | Feb 18 2021 01:28:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518539168 | + EDI: WFFC.COM | | |
| | | Feb 18 2021 01:28:00 | Wells Fargo Hm Mortgag, Attention: Bankruptcy Department MAC-X, 3476 Stateview Blvd, Fort Mill, SC 29715-7203 |

TOTAL: 55

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518586214 | | Anthony Vicari |
| cr | *+ | Financial Resources Federal Credit Union, c/o Peter J. Liska, LLC, 766 Shrewsbury Avenue, Tinton Falls, NJ 07724-3001 |
| 518539089 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, Americollect, 1851 S Alverno Road, Manitowoc, WI 54221 |
| 518539090 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, Americollect, 1851 S Alverno Road, Manitowoc, WI 54221 |
| 518539091 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, Americollect, 1851 S Alverno Road, Manitowoc, WI 54221 |
| 518539085 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 518539086 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 518539087 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 518539129 | *P++ | FIRST SAVINGS BANK, PO BOX 5096, SIOUX FALLS SD 57117-5096, address filed with court:, First Savings Credit Card, 500 East 60th St North, Sioux Falls, SD 57104 |
| 518539115 | *+ | Financial Resources Fc, 520 Us Hwy 22 East 1st F, Bridgewater, NJ 08807-2489 |
| 518539116 | *+ | Financial Resources Fc, 520 Us Hwy 22 East 1st F, Bridgewater, NJ 08807-2489 |
| 518539117 | *+ | Financial Resources Fc, 520 Us Hwy 22 East 1st F, Bridgewater, NJ 08807-2489 |
| 518539118 | *+ | Financial Resources Fc, 520 Route 22 East, Bridgewater, NJ 08807-2489 |
| 518539119 | *+ | Financial Resources Fc, 520 Route 22 East, Bridgewater, NJ 08807-2489 |
| 518539123 | *+ | First Nataional Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117-5097 |
| 518539125 | *+ | First Nataional Bank/Legacy, 500 East 60th St North, Sioux Falls, SD 57104-0478 |
| 518539127 | *+ | First Savings Credit Card, Attn: Bankruptcy Department, Po Box 5019, Sioux Falls, SD 57117-5019 |
| 518539133 | *+ | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 518539131 | *+ | I.c. System, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |

TOTAL: 1 Undeliverable, 18 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 19, 2021         Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2021 at the address(es) listed below:**

**Name**      **Email Address**

Albert Russo
    on behalf of Trustee Albert Russo docs@russotrustee.com

Allison J. Kiffin
    on behalf of Creditor Financial Resources Federal Credit Union collections@peterliska.com

Bunce Atkinson
    bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

Christian Del Toro
    on behalf of Creditor CONSUMER DEPARTMENT PNC BANK NATIONAL ASSOCIATION cdeltoro@martonelaw.com, bky@martonelaw.com

Denise E. Carlon
    on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor SPECIALIZED LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Frank J Martone
    on behalf of Creditor CONSUMER DEPARTMENT PNC BANK NATIONAL ASSOCIATION bky@martonelaw.com

Justin M Gillman
    on behalf of Debtor Maria J Vicari ecf@gbclawgroup.com R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers, III
    on behalf of Creditor Specialized Loan Servicing LLC ecf@powerskirn.com

TOTAL: 10